UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAKER,

                Plaintiff,

-against-

COUNTY OF WESTCHESTER, et al.,

                Defendants.

**ORDER**

22-CV-08447 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared by telephone for a pre-motion conference on May 31, 2023 at 3:30 p.m. At the conference, Plaintiff's second claim for relief against the County of Westchester for negligent hiring and training was withdrawn by Plaintiff's counsel with prejudice.

After hearing the parties and reviewing the parties' letter submissions regarding Defendants' anticipated motion to dismiss (Docs. 17-18), the Court held in abeyance Defendants' application for permission to move to dismiss and directed:

(1) Plaintiff to, by June 1, 2023 at 5:00 p.m., make any application for extension of time to serve pursuant to Fed. R. Civ. P. 4(m); and

(2) If Plaintiff requests an extension of time to serve, Defendants to, by June 5, 2023 at 5:00 p.m., submit any opposition papers.

See transcript.

**SO ORDERED:**

Dated: White Plains, New York
        June 1, 2023

_____
PHILIP M. HALPERN
United States District Judge